# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL E. BARTON,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 11-00425-CG-N |
| **SAM COCHRAN, et. al.** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that, in light of the petitioner's release from the Mobile County Metro Jail on August 23, 2011, the petitioner's request for habeas corpus relief is **DENIED AS MOOT**. The court further finds that Petitioner is not entitled to a certificate of appealability; therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 29th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE